```
 1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
    JULIA MOLANDER  Bar No. 83839
 2  julia.molander@sdma.com
    DEAN J. MCELROY  Bar No. 213132
 3  dean.mcelroy@sdma.com
    LISA G. ROWE  Bar No. 232601
 4  lisa.rowe@sdma.com
    One Market Plaza
 5  Steuart Tower, 8th Floor
    San Francisco, California 94105
 6  Telephone: (415) 781-7900
    Facsimile: (415) 781-2635
 7
    Attorneys for Defendant
 8  SPECIALTY RISK SERVICES
```

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>SPECIALTY RISK SERVICES, and GRETCHEN DEVINE, as an individual, and DOES 1 through 91,<br><br>    Defendants. | CASE NO.<br><br>**NOTICE OF RELATED CASES UNDER LOCAL RULE 3-12**<br><br>[Originally San Francisco County Superior Court, Case No. CGC-08-471939] |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the above-captioned action is related to the currently pending cases captioned:

- *Foster v. Aramark Sports & Entertainment, Inc., et al.*, Case No. 3:08-cv-00733-MHP;
- *Foster v. Aramark Sports LLC, et al.*, Case No. 3:08-cv-01336-EMC; and
- *Foster v. Morgan Lewis & Bockius, LLP, et al.*, Case No. 3:08-cv-01337-EDL.

///

1  *Foster v. Aramark Sports & Entertainment, Inc., et al.*, Case No. 3:08-cv-00733-MHP,
2  filed in this Court on January 31, 2008, was assigned to Hon. Marilyn Hall Patel. *Foster v.*
3  *Aramark Sports LLC, et al.*, Case No. 3:08-cv-01336-EMC, filed in this Court on March 7, 2008,
4  was assigned to Magistrate Judge Edward M. Chen. *Foster v. Morgan Lewis & Bockius, LLP, et*
5  *al.*, Case No. 3:08-cv-01337-EDL, filed in this Court on March 7, 2008, was assigned to
6  Magistrate Judge Elizabeth D. Laporte.

7      The claims alleged in the above-captioned action and Case Nos. 3:08-cv-00733-MHP,
8  3:08-cv-01336-EMC, and 3:08-cv-01337-EDL arise out of alleged employment discrimination
9  and violation of the Americans with Disabilities Act.

10     The instant action and Case Nos. 3:08-cv-00733-MHP, 3:08-cv-01336-EMC, and 3:08-
11 cv-01337-EDL arose from a workers' compensation claim by plaintiff, Mark Antoine Foster.
12 Accordingly, defendant Specialty Risk Services requests that the four actions be treated as related
13 cases within the meaning of Local Rule of Court 3-12, so as to conserve judicial resources and
14 promote efficient determination of this action.

16 DATED: March 12, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

18 By: /s/ Julia Molander
19     Julia Molander
    Dean J. McElroy
20     Lisa G. Rowe
    Attorneys for Defendant
21     SPECIALTY RISK SERVICES