| | |
|---|---|
| 1 | SEDGWICK, DETERT, MORAN & ARNOLD LLP |
|   | JULIA MOLANDER  Bar No. 83839 |
| 2 | julia.molander@sdma.com |
|   | DEAN J. MCELROY  Bar No. 213132 |
| 3 | dean.mcelroy@sdma.com |
|   | LISA G. ROWE  Bar No. 232601 |
| 4 | lisa.rowe@sdma.com |
|   | One Market Plaza |
| 5 | Steuart Tower, 8th Floor |
|   | San Francisco, California 94105 |
| 6 | Telephone: (415) 781-7900 |
|   | Facsimile: (415) 781-2635 |
| 7 | |
|   | Attorneys for Defendant |
| 8 | SPECIALTY RISK SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER, | CASE NO. CV 08-1421 SBA |
| Plaintiff, | **PROOF OF SERVICE RE NOTICE OF REMOVAL** |
| v. | |
| SPECIALTY RISK SERVICES, and GRETCHEN DEVINE, as an individual, and DOES 1 through 91, | |
| Defendants. | |

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On March 13, 2008, I served the within document(s):

- Welcome to the U.S. District Court, San Francisco

- United States District Court Northern District of California Drop Box Filing Procedures

- United States District Court Northern District of California Notice of Availability of Magistrate Judge to Exercise Jurisdiction

- Order Setting Initial Case Management Conference and ADR Deadlines (2 copies)

- U.S. District Court Northern California ECF Registration Information Handout

- Civil Cover Sheet

- Notice of Removal of Action Under 28 U.S.C. § 1441(b) (Federal Question)

- Notice of Related Cases Under Local Rule 3-12

☐ FACSIMILE - by transmitting via facsimile the document(s) listed above to the fax number(s) set forth on the attached Telecommunications Cover Page(s) on this date before 5:00 p.m.

☒ MAIL - by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ PERSONAL SERVICE - by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ OVERNIGHT COURIER - by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via .

Mark Antoine Foster
200 Corpus Christi Road #A
Alameda, California 94501

In Pro Per

Tel: (415) 756-1611

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 13, 2008, at San Francisco, California.

*Andrea Mackenzie*
Andrea Mackenzie

CERTIFICATE OF SERVICE RE NOTICE OF REMOVAL

SF/1494025v1