SEDGWICK, DETERT, MORAN & ARNOLD LLP
JULIA MOLANDER  Bar No. 83839
julia.molander@sdma.com
DEAN J. MCELROY  Bar No. 213132
dean.mcelroy@sdma.com
LISA G. ROWE  Bar No. 232601
lisa.rowe@sdma.com
One Market Plaza
Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635

Attorneys for Defendant
SPECIALTY RISK SERVICES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>    Plaintiff,<br><br>v.<br><br>SPECIALTY RISK SERVICES, and GRETCHEN DEVINE, as an individual, and DOES 1 through 91,<br><br>    Defendants. | CASE NO.  CV 08-1421 SBA<br><br>SPECIALTY RISK SERVICES' DISCLOSURE STATEMENT<br><br>[Federal Rule of Civil Procedure 7.1] |

1  Pursuant to Federal Rule of Civil Procedure 7.1, defendant Specialty Risk Services
2  hereby submits its disclosure statement:
3      1.    The Hartford Financial Services Group, Inc. is the parent corporation of defendant
4  Specialty Risk Services, LLC.

6  DATED: March 13, 2008        SEDGWICK, DETERT, MORAN & ARNOLD LLP

8  By: _____
9      Julia Molander
    Dean J. McElroy
10     Lisa G. Rowe
    Attorneys for Defendant
11     SPECIALTY RISK SERVICES