1 | Mark Antoine Foster, In Pro Per
2 | 200 Corpus Cristie Road #A
    Alameda, California 94502
3 | (415) 756-1611
    (619) 646-3564

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12 | MARK ANTOINE FOSTER,         Case No. **CV 08-1421** MHP

13 |        Plaintiff,            **ORDER GRANTING REMAND**
                                  [28 U.S.C.S. 1447(c)]
14 |   vs.                        Date: APRIL 28, 2008
                                  Time: 1:00 pm
15 | SPECIALTY RISK SERVICES and
     GRETCHEN DEVINE, an individual
16 | DOES 1 through 91

17 |        Defendants
18 | _____/

19        The motion of Plaintiff MARK ANTOINE FOSTER for an order to remand the above-
20   entitled action to the Superior Court of California, City and County of San Francisco, came on
21   regularly for hearing by the court on APRIL 38, 2008. Plaintiff appeared in Pro Per; defendant
22   appeared by counsel Sedgwick, Detert, Moran & Arnold LLP.
23        On proof made to the satisfaction of the court that the motion ought to be granted.
24        IT IS ORDERED that the motion be, and it hereby is, granted and that this case be
25

ORDER GRANTING REMAND                                                  CV 08-1421

1  remanded to the Superior Court of the State of California, City and County of San Francisco; and
2  that a certified copy of this order be mailed by the clerk of this court to the clerk of the Superior
3  Court of California, City and County of San Francisco.
4      IT IS FURTHER ORDERED that plaintiff MARK ANTOINE FOSTER have recovered
5  his costs and disbursements, including attorney's fees, in this court against defendants Specialty
6  Risk Services, and Gretchen Devine, an individual.

8      Dated:

ORDER GRANTING REMAND          CV 08-1421

2