UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FILED
08 MAR 21 PM 12: 42
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MARK ANTOINE FOSTER                    Case Number: CV 08-1421

    PLAINTIFF

v.

SPECIALTY RISK SERVICES and
GRETCHEN DEVINE, as an
Individual, and does 1 through 91

1. I, the undersigned, am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3. On date MARCH 21, 2008, I mailed from San Francisco, CA the following documents: 1) NOTICE OF MOTION AND MOTION TO REMAND,
4. I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully paid.
5. The envelope was addressed and mailed as follows: Sue Boag, Morgan and Lewis, One Market Street, Spear Street Tower, 94105
6. The name of the person served was SPECIALTY RISK SERVICES AND GRETCHEN DEVINE
7. The address of the persons served is 555 California Street, San Francisco, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: March 21, 2008

Thom McMullen