1  Mark Antoine Foster, In Pro Per
   200 Corpus Cristie Road #A
2  Alameda, California 94502
   (415) 756-1611
3  (619) 646-3564

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN FRANCISCO DIVISION

11

12  MARK ANTOINE FOSTER,                  Case No. **CV-08-1421 MHP**

13              Plaintiff,                PLAINTIFF'S NOTICE OF MOTION
                                          AND MOTION TO DIMISS MAIL
14       vs.                              FRAUD, WIRE FRAUD AND
                                          CONSPIRACY TO MAIL FRAUD
15  SPECIALTY RISK SERVICES and           CLAIMS, AFTER ANSWER WITHOUT
    GRETCHEN DEVINE, an individual        COUNTER CLAIM; MEMO OF PTS
16  , and DOES 1 through 91               &AUTHORITIES; DECLARATION OF
                                          MARK AND FOSTER; PROPOSED
17              Defendants                ORDER IN SUPPORT THEREOF
                                          [FED R. CIV PRO, 41(a)(2)]

18  _____/    Date: May 12, 2008
                                          Time: 2:00 p.m.

19       TO DEFENDANTS ARAMARK SPORTS AND ENTERTAINMENT, YING KEE

20  MCVICKER, AN INDIVIDUAL AND MATTHEW LEE, AN INDIVIDUAL.

21       PLEASE TAKE NOTICE THAT ON May 12, 2008 at 2:00pm, or as soon thereafter as

22  the matter may be heard in the above titled court, located at 450 Golden Gate Ave, San

23  Francisco, California, Plaintiff MARK ANTOINE FOSTER will move this court for an order

24

25  PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS MAIL FRAUD, WIRE
    FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS
                                                              CV 08-1421 MHP

1

1  dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims.

2  **MEMORANDUM OF POINTS AND AUTHORITIES**

3  This motion is made on the ground that plaintiff has a statutory right to dismiss his these

4  claims and Plaintiff wants to pursue his claims solely in state court and seeks remedy exclusively

5  from the state for his remaining state law causes of action, and because Plaintiff does not have a

6  private right of action for theses claims and also because the attorney general's office is the only

7  party authorized to bring these claims.

8  Plaintiff moves the court, pursuant to Rule 41(a) (2) of the Federal Rules of Civil

9  Procedure, for an order dismissing his mail fraud, wire fraud and conspiracy to mail fraud claims

10 or actions without prejudice and on such terms and conditions as the court deems proper.

11 Defendant filed an answer on March 13, 2008, but made no counterclaim against Plaintiff and

12 would not suffer substantial prejudice by the dismissal of this action.

13 Date: April 2, 2008                    Mark Antoine Foster, In Pro Per

PLAINTIFF'S NOTICE OF MOTION AND MOTION TO DISMISS MAIL FRAUD, WIRE
FRAUD AND CONSPIRACY TO MAIL FRAUD CLAIMS
CV 08-1421 MHP