Mark Antoine Foster, In Pro Per
200 Corpus Cristie Road #A
Alameda, California 94502
(415) 756-1611
(619) 646-3564



FILED
08 APR -2 PM 3:02

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MARK ANTOINE FOSTER,<br><br>    Plaintiff,<br><br>vs.<br><br>SPECIALTY RISK SERVICES<br>and GRETCHEN DEVINE, an individual<br>does 1 through 91<br><br>    Defendants | Case No. **CV-08- 1421 MHP**<br><br>DECLARATION OF MARK ANTOINE FOSTER IN SUPPORT THEREOF<br><br>Date: May 12, 2008<br>Time: 2:00 p.m. |

I MARK ANTOINE FOSTER declare that:

1. I am the plaintiff in this action and have personal knowledge of each fact stated in the complaint filed against SPECIALTY RISK SERVICES, and GRETCHEN DEVINE, an individual, a parties to this action.

I declare under penalty under the laws of the state of California that the foregoing is true

DECLARATION OF MARK ANTOINE FOSTER                                                  1

CV- 08-1421 MHP

1  and correct and that this declaration was executed this day on the 1ˢᵗ of April 2008, at San

2  Francisco, California.

3  Mark Antoine Foster, In Pro Per

25  DECLARATION OF MARK ANTOINE FOSTER

CV- 08-1421 MHP

2