UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**MARK ANTOINE FOSTER**          Case No.: CV-08-1421 MHP

      **PLAINTIFF**

v.

**SPECIALTY RISK SERVICES and
GRETCHEN DEVINE, an individual
And Does 1 thru 91**

1. I, the undersigned, am over 18 years of age and not a party to this action. I am a resident of or employed in the county where the mailing took place.
2. My residence or business address is 725 Ellis Street, #408, San Francisco, CA
3. On date February 27, 2008, I mailed from San Francisco, CA the following documents: 1) Plaintiff's Notice of Motion & Motion to Dismiss Mail Fraud, Wire Fraud and Conspiracy to Mail Fraud Claims, Memo of Pts & Auth, Declaration of Mark A. Foster
4. I served the documents by enclosing them in an envelope and depositing the sealed envelope with the United States Postal Service with the postage fully paid.
5. The envelope was addressed and mailed as follows: Attn. Dean J. McElroy, Sedgwick, Detert, Moran & Arnold LLP, One Market Plaza, Steuart Tower, 8th floor, San Francisco, CA 94105
6. The name of the person served was Specialty Risk Services, and Gretchen Devine, as an individual
7. The address of the persons served is Glenoaks Blvd, CA, Burbank, CA.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: April 2, 2008

Thom McMullen

_/s/ Thom McMullen_