1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JULIA MOLANDER  Bar No. 83839
2  julia.molander@sdma.com
   DEAN J. MCELROY  Bar No. 213132
3  dean.mcelroy@sdma.com
   LISA G. ROWE  Bar No. 232601
4  lisa.rowe@sdma.com
   One Market Plaza
5  Steuart Tower, 8th Floor
   San Francisco, California 94105
6  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
7
   Attorneys for Defendant
8  SPECIALTY RISK SERVICES

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11  MARK ANTOINE FOSTER,                    CASE NO. 3:08-cv-01421-MHP

12           Plaintiff,                     **PROOF OF SERVICE RE SPECIALTY
                                            RISK SERVICES' OPPOSITION TO
13       v.                                 MOTION TO REMAND**

14  SPECIALTY RISK SERVICES, and            JUDGE:   HON. MARILYN HALL PATEL
    GRETCHEN DEVINE, as an individual,      DEPT:    COURTROOM 15, 18TH FLOOR
15  and DOES 1 through 91,                  DATE:    APRIL 28, 2008
                                            TIME:    2:00 P.M.
16           Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

---

PROOF OF SERVICE

SF/1493294v6

*Mark Antoine Foster v. Specialty Risk Services., et al.*
USDC – Northern District Court Case No. 3:08-cv-01421-MHP
(0571-000074)

1

## PROOF OF SERVICE

2

I am a resident of the State of California, over the age of eighteen years, and not a party to
3  the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Market
Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 7, 2008, I served the
4  within document(s):

5  **DEFENDANT'S OPPOSITION TO MOTION TO REMAND ACTION TO
STATE COURT**

6
**DECLARATION OF LISA G. ROWE IN SUPPORT OF DEFENDANT
7  SPECIALTY RISK SERVICES' OPPOSITION TO MOTION TO
REMAND**

8
☐     FACSIMILE - by transmitting via facsimile the document(s) listed above to the
9        fax number(s) set forth on the attached Telecommunications Cover Page(s) on this
date before 5:00 p.m.

10  ☒     MAIL - by placing the document(s) listed above in a sealed envelope with postage
thereon fully prepaid, in the United States mail at San Francisco, California
11        addressed as set forth below.

12  ☐     PERSONAL SERVICE - by personally delivering the document(s) listed above to
the person(s) at the address(es) set forth below.

13  ☐     OVERNIGHT COURIER - by placing the document(s) listed above in a sealed
envelope with shipping prepaid, and depositing in a collection box for next day
14        delivery to the person(s) at the address(es) set forth below via OVERNITE
EXPRESS.

15
Mark Antoine Foster                              In Pro Se
16  200 Corpus Christi Road #A
Alameda, California 94501                         Tel: (415) 756-1611
17

18

19        I am readily familiar with the firm's practice of collection and processing correspondence
for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same
20  day with postage thereon fully prepaid in the ordinary course of business. I am aware that on
motion of the party served, service is presumed invalid if postal cancellation date or postage
21  meter date is more than one day after date of deposit for mailing in affidavit.

22        I declare under penalty of perjury under the laws of the State of California that the above
is true and correct. Executed on April 7, 2008, at San Francisco, California.
23

24                                                    Andrea Mackenzie
Andrea Mackenzie
25

26

27

28

**SEDGWICK**
DETERT, MORAN & ARNOLD LLP

PROOF OF SERVICE

SF/1493294v6