UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FOSTER, | No. C 08-00733 MHP |
| Plaintiff(s), | C 08-01336 MHP<br>C 08-01337 MHP<br>C 08-01421 MHP |
| v. | **CLERK'S NOTICE** |
| ARAMARK SPORTS & ENTERTAINMENT, | **(Matter to be submitted on papers)** |
| Defendant(s). | |

*And related actions as listed.*

Parties, having moved this Court for a hearing on April 28, 2008, the parties are hereby notified that the motions will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

Richard W. Wieking
Clerk, U.S. District Court

Dated: April 17, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FOSTER,<br><br>    Plaintiff(s),<br><br>v.<br><br>ARAMARK SPORTS & ENTERTAINMENT,<br><br>    Defendant(s).<br><br>*And related actions as listed.* | No. C 08-00733 MHP<br>    C 08-01336 MHP<br>    C 08-01337 MHP<br>    C 08-01421 MHP<br><br>**CLERK'S NOTICE**<br>**(Matter to be submitted on papers)** |

    Parties, having moved this Court for a hearing on April 28, 2008, the parties are hereby notified that the motions will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

    Richard W. Wieking
    Clerk, U.S. District Court

Dated: April 17, 2008

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FOSTER, | No. C 08-00733 MHP |
| Plaintiff(s), | C 08-01336 MHP<br>C 08-01337 MHP<br>C 08-01421 MHP |
| v. | **CLERK'S NOTICE** |
| ARAMARK SPORTS & ENTERTAINMENT, | **(Matter to be submitted on papers)** |
| Defendant(s). | |

*And related actions as listed.*
_____/

    Parties, having moved this Court for a hearing on April 28, 2008, the parties are hereby notified that the motions will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

                                                   Richard W. Wieking
                                                   Clerk, U.S. District Court

Dated: April 17, 2008                           Anthony Bowser, Deputy Clerk to the
                                                   Honorable Marilyn Hall Patel
                                                           (415) 522-3140

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. FOSTER, | No. C 08-00733 MHP |
| Plaintiff(s), | C 08-01336 MHP<br>C 08-01337 MHP<br>C 08-01421 MHP |
| v. | **CLERK'S NOTICE** |
| ARAMARK SPORTS & ENTERTAINMENT, | **(Matter to be submitted on papers)** |
| Defendant(s). | |

*And related actions as listed.*
_____/

    Parties, having moved this Court for a hearing on April 28, 2008, the parties are hereby notified that the motions will be submitted on the papers without oral argument. Therefore, the HEARING DATE IS VACATED.

 

                                           Richard W. Wieking
                                           Clerk, U.S. District Court

Dated: April 17, 2008                        Anthony Bowser, Deputy Clerk to the
                                           Honorable Marilyn Hall Patel
                                                 (415) 522-3140