**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

| | | |
|---|---|---|
| Richard W. Wieking<br>Clerk | | General Court Number<br>415.522.2000 |

May 2, 2008

San Francisco County Superior Court
400 McAllister Street, Room 103
San Francisco, CA 94102

RE:  CV 08-01421 MHP    Foster-v-Specialty Risk Services
         Your Case Number: (**CGC 08-471939**)

Dear Clerk,

　　Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

　　　　(✔)　　Certified copies of docket entries

　　　　(✔)　　Certified copies of Remand Order

　　　　( )　　Other

　　Please acknowledge receipt of the above documents on the attached copy of this letter.

　　　　　　　　　　　Sincerely,

　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　*Gina Agustine* (signature)

　　　　　　　　　　　by: Gina Agustine-Rivas
　　　　　　　　　　　Case Systems Administrator

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg